IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GEORGE LEE PARKS, III**                                                 **PETITIONER**

v.                                                  **CAUSE NO. 1:15cv294-LG-RHW**

**EVAN HUBBARD**                                                 **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this Petition for habeas corpus relief is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 24th day of September, 2015.

                                                   s/ *Louis Guirola, Jr.*
                                                   LOUIS GUIROLA, JR.
                                                   CHIEF U.S. DISTRICT JUDGE